THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE COLLIER, Appellant. [978 NYS2d 875]—

Since the defendant had not yet completed the previously imposed terms of imprisonment when he was resentenced, the resentencing to include the mandatory periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Rogers*, 105 AD3d 776 [2013]; *People v Dawkins*,

87 AD3d 550 [2011]). Dillon, J.P., Leventhal, Chambers and Miller, JJ., concur.